IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE GUARDIAN CIVIC LEAGUE, INC.,** et al.,<br>    Plaintiffs,<br>v.<br><br>**PHILADELPHIA POLICE DEPARTMENT,** et al.,<br>    Defendants. | CIVIL NO. 09-03148 |

### ORDER

**AND NOW**, this 23rd day of July 2009, after a telephone conference held on Wednesday, July 22, 2009, with counsel who have thus far appeared in the above captioned action, in which certain preliminary procedural matters were discussed, it is hereby **ORDERED** as follows:

1. A **STATUS CONFERENCE** in this matter shall be held in Chambers, Suite 12614 of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania, **on Monday, August 3, 2009, at 2:00PM**. All counsel and necessary parties shall appear.

2. Plaintiffs shall effectuate service on all as yet un-served Defendants forthwith.

All parties and their counsel are reminded of their duty, consistent with the Federal Rules of Civil Procedure, to take reasonable measures to preserve documents, electronically stored information, and things that are potentially relevant to the claims and defenses at issue herein. Among other things, the parties should take steps to ensure that potentially relevant electronically stored information under their control shall not be permanently deleted in the ordinary course of business, or altered.

It is so **ORDERED**.

                                              **BY THE COURT:**

                                              /s/ Cynthia M. Rufe

                                              _____
                                              **CYNTHIA M. RUFE, J.**