IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE GUARDIAN CIVIC LEAGUE, INC.,** et al., | : : : | |
| Plaintiffs, | : | |
| v. | : : | CIVIL NO. 09-03148 |
| **PHILADELPHIA POLICE DEPARTMENT,** et al., | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 3rd day of August, 2009, after a status conference held on the record this date with counsel for parties who have been served, as well as certain parties and party representatives, the Court hereby enters this initial case management Order:

1. **On or before Tuesday, August 11, 2009,** the parties shall each file a written report as to the status of this matter, including whether settlement discussions are ongoing or concluded, and if ongoing, whether the assistance of a U.S. Magistrate Judge or judicial mediator is requested;

2. Unless the litigation has concluded, **on or before Friday, August 14, 2009**, Plaintiffs are granted leave to file an Amended Complaint that properly reflects the parties and claims in issue herein;

3. Unless the litigation has concluded or Plaintiffs' Motion for Preliminary Injunctive Relief ("Motion") has been withdrawn, **on or before Monday, August 17, 2009**, Plaintiffs shall file a brief regarding why the Motion should not be dismissed in light of present circumstances, with Defendants' responsive brief(s) due thereafter within the time period prescribed in the

        Local Rules of Civil Procedure.

4. Upon the representation of Plaintiffs' counsel that an Amended Complaint will be filed if the litigation is to proceed, Defendants are hereby excused from answering or otherwise responding to the Complaint that now appears on the docket [Doc. No. 1], until further Order of the Court.

It is so **ORDERED**.

                                **BY THE COURT:**

                                /s/ Cynthia M. Rufe
                                _____
                                **CYNTHIA M. RUFE, J.**