## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **THE GUARDIAN CIVIC LEAGUE, INC.,** et al., | : : : | |
| Plaintiffs, | : | |
| v. | : : | **CIVIL NO. 09-03148** |
| **PHILADELPHIA POLICE DEPARTMENT,** et al., | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 14th day of August, 2009, upon consideration of the Status Reports of the Plaintiffs and of Defendant Philadelphia Police Department [Doc. Nos. 16 & 17], in which Plaintiffs state that they withdraw their Motion for Preliminary Injunction [Doc. No. 4] and Defendant consents to such withdrawal, it is hereby **ORDERED** that Plaintiffs' Motion is **DISMISSED** as **WITHDRAWN**, without prejudice.

It is so **ORDERED**.


**BY THE COURT**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**