IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE GUARDIAN CIVIC LEAGUE, | : | |
| INC. *et al.* | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 09-3148 |
| | : | |
| PHILADELPHIA POLICE | : | |
| DEPARTMENT *et al.* | : | |

**REVISED ORDER**

**AND NOW,** this 13th day of October, 2009, it is **ORDERED** that a Status Conference in the above-captioned case will be held on **Thursday, October 15, 2009, at 4:30 P.M.,** by **TELEPHONE CONFERENCE.** Plaintiffs' counsel shall initiate the call by contacting opposing counsel and, subsequently, placing the call to Chambers (267-299-7490) at the aforementioned time.

If trial counsel is attached for trial in a court of record prior to the time of the conference, he/she should advise the Judge and opposing counsel in writing at the earliest possible date and another attorney in such trial counsel's office should participate in the teleconference. Counsel should be prepared to present argument on any and all motions that are pending at the time of the conference. Counsel must enter his/her appearance in the case prior to the conference.

Failure to comply with these directives may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**