# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE GUARDIAN CIVIC LEAGUE, et al.,**   Plaintiffs,   v.   **PHILADELPHIA POLICE DEPARTMENT, et al.**   Defendants. | **CIVIL NO. 09-3148** |

## ORDER

**AND NOW**, this 19th day of October, 2009, after a conference call with the parties during which the parties agreed that resolution of the above-captioned matter may be advanced with assistance from the Court, it is hereby **ORDERED** that a **SETTLEMENT CONFERENCE** is scheduled to be held before United States Magistrate Judge Carol Sandra Moore Wells on **Monday November 16, 2009 at 10:30 a.m.**

Counsel for all parties are directed to report to Judge Wells' Chambers, Suite 3016 in the United States Courthouse, accompanied by the parties and/or all persons with full authority to settle the matter, unless excused in advance by Judge Wells.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**